No. **CR-08 00524 RMW** 

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

FILED
2008 AUG 6  P 2: 00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

---

## THE UNITED STATES OF AMERICA
### vs.
## JESUS CORTEZ-ZENDEJAS and JAZMIN MARIE ROSEL

# INDICTMENT

**COUNT ONE**: 18 U.S.C. § 371 - Conspiracy

**COUNT TWO**: 18 U.S.C. §§ 2113(a) and (d), and 2 - Armed Bank Robbery; Aiding and Abetting

*A true bill.*

_____
Foreperson

Filed in open court this __6__ day of __August__

A.D. 200__8__

_____
United States Magistrate Judge

**Bail. $** _____

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 AUG -6 P 2: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS CORTEZ-ZENDEJAS, and
JAZMIN MARIE ROSEL,

    Defendants.

No. CR-08 00524

VIOLATIONS:

18 U.S.C. § 371 – Conspiracy;
18 U.S.C. §§ 2113 (a) & (d), and 2 – Armed Bank Robbery; Aiding and Abetting.

SAN JOSE VENUE

### INDICTMENT

The Grand Jury charges:

Background:

1. At all times relevant to this Indictment:

    a.    US Bank, located at 1320 South Main Street, Salinas, California, was a bank, the funds of which were insured by the Federal Deposit Insurance Corporation. US Bank utilized an alarm system that would alert the security control center of a robbery when a bank employee activated the alarm. US Bank also utilized "bait money," that is, currency kept at each bank teller station whose serial numbers were recorded.

    b.    Defendant JAZMIN MARIE ROSEL was the girlfriend of defendant CORTEZ-

INDICTMENT

ZENDEJAS and was employed at US Bank as a teller.

    c.    The bank robbery referred to in the counts below occurred on July 5, 2008, at approximately 7:13 p.m.

    d.    After receiving an alarm notification, the security control center which handled the bank alarm would telephone the branch from Portland, Oregon, to confirm the legitimacy of that alarm.

COUNT ONE: (18 U.S.C. § 371 – Conspiracy)

2. The factual allegations contained in paragraph 1 above are incorporated herein as if set forth in full.

3. On or about a date unknown and continuing to on or about July 5, 2008, in the Northern District of California and elsewhere, the defendants

    JESUS CORTEZ-ZENDEJAS, and
    JAZMIN MARIE ROSEL,

did knowingly conspire and agree with each other to commit Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d).

4. It was part of the conspiracy that the defendants agreed to commit the bank robbery at a time when defendant ROSEL would be working as a teller in US Bank.

5. It was further part of the conspiracy that the defendants communicated via text messaging to agree upon the precise time to commence the bank robbery.

6. It was further part of the conspiracy that defendant CORTEZ-ZENDEJAS would and did pass the robbery note to defendant ROSEL, who would facilitate the bank robbery in her role as bank teller.

7. In furtherance of the agreement and to effect its objects, the defendants committed the following overt acts, among others, in the Northern District of California:

    a.    On or about July 5, 2008, at approximately 6:44:21p.m., defendant ROSEL sent the following text-message to defendant CORTEZ-ZENDEJAS:
    "I will txt u okay patience its guna be good"

    b.    On or about July 5, 2008, at approximately 7:01:27 p.m., defendant ROSEL sent the following text-message to defendant CORTEZ-ZENDEJAS:
    "five min"

    c.    On or about July 5, 2008, at approximately 7:01:34 p.m., defendant CORTEZ-ZENDEJAS sent the following text-message to defendant ROSEL:
    "Go now or what is it clear helo"

1       d.    On or about July 5, 2008, at approximately 7:01:55 p.m., defendant CORTEZ-ZENDEJAS sent the following text-message to defendant ROSEL:
2                   "5 min wat"

3       e.    On or about July 5, 2008, at approximately 7:04:42 p.m., defendant CORTEZ-ZENDEJAS sent the following text-message to defendant ROSEL:
4                   "Now?"

5       e.    On or about July 5, 2008, at approximately 7:05:51p.m., defendant ROSEL sent the following text-message to defendant CORTEZ-ZENDEJAS:
6                   "Two min"

7       f.    On or about July 5, 2008, at approximately 7:06:22 p.m., defendant ROSEL sent the following text-message to defendant CORTEZ-ZENDEJAS:
8                   "Cum in duh"

9       g.    On or about July 5, 2008, at approximately 7:06:45 p.m., defendant CORTEZ-ZENDEJAS sent the following text-message to defendant ROSEL:
10                  "K text me wen u ready just txt n il go"

11      h.    On or about July 5, 2008, defendant ROSEL knowingly gave an untrue "false alarm" code in response to the security division's telephone inquiry.
12

13      i.    On or about July 5, 2008, defendant ROSEL labeled the bait money prior to the robbery.

14      All in violation of Title 18, United States Code, Section 371.

15 ///
16 ///
17 ///

INDICTMENT        -3-

1  COUNT TWO: (18 U.S.C. §§ 2113(a) and (d), and 2-- Armed Bank Robbery, Aiding and Abetting)
2  8. On or about July 5, 2008, in the Northern District of California, the defendants

JESUS CORTEZ-ZENDEJAS, and
JAZMIN MARIE ROSEL,

did, by force, violence, and intimidation, take from the persons and presence of an employee of the US Bank, approximately $21,326.25 in monies belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation; and further, that in committing that offense put in jeopardy the life of any person by the use of a dangerous weapon.

All in violation of Title 18, United States Code, Sections 2113(a) and (d), and 2.

DATED: 08/06/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Division

(Approved as to form: _____ )
                      SAUSA Mandell

INDICTMENT                    -4-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

COUNT ONE: Title 18 United States Code, Section 371 - Conspiracy; COUNT TWO: 18 U.S.C. §§ 2113 (a) and (d) – Armed Bank Robbery

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Count One: 5 years imprisonment, $250K fine, 3 years TSR $100.00 SAF
Count Two: 25 years imprisonment, $250K fine, 3 years TSR $100.00 SAF

FILED 2008 AUG -6  P 2:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DEFENDANT: JESUS CORONADO-VELASCO

CR-08 00524 RMW RS

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
S/A Douglas C. Turner-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 08-70450

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): SAUSA CHAD MANDELL

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST: 7/5/2008
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY: 7/21/2008

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: Both Defendant's are scheduled to appear before Magistrate Judge Patricia V. Trumbull on Monday, August 4, 2008, at 2:00pm