BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ZENDEJAS

*E-FILED - 11/25/08*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00524 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING |
| vs. | |
| JOSE CORTEZ ZENDEJAS and JAZMIN MARIE ROSEL, | |
| Defendant. | |

**STIPULATION**

Defendant and the government hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Monday, December 1, 2008 at 9:00 a.m., be continued to Monday, December 8, 2008 at 9:00 a.m.

The reason for the continuance is the unavailability of counsel for Mr. Jose Cortez Zendejas.  Accordingly, the parties further stipulate that 7 days may be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) for continuity of counsel and effective preparation.

Stipulation and [] Order Continuing Hearing                                                     1

1 | Dated: November 25, 2008

　　　　　　　　　　　　　　　　　　　\_\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　　　CHAD MANDELL
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Counsel for The United States

4 | Dated: November 25, 2008

　　　　　　　　　　　　　　　　　　　\_\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　　　NICHOLAS P. HUMY
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　Counsel for Jose Cortez Zendejas

8 | Dated:  November 25, 2008

　　　　　　　　　　　　　　　　　　　\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　　　THOMAS J. FERRITO
　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　Counsel for Jazmin Marie Rosel

### [] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, December 1, 2008 will be continued to Monday, December 8, 2008 at 9:00 a.m.

IT IS FURTHER ORDERED, that the 7 days from December 1, 2008 through and including December 8, 2008 shall be excluded for continuity of counsel and for effective preparation of counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 25, 2008

　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge